**NOTE CHANGES MADE BY THE COURT**
**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS BARFIELD, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>KEENAN & ASSOCIATES,<br><br>　　　　　Defendant. | Case No. 5:24-CV-00320-MCS-DTB<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY CASE PENDING FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (ECF NO. 20)**<br><br>Complaint filed:　February 16, 2024 |

Upon consideration of the Parties' Joint Stipulation to Stay Case Pending Final Approval of Proposed Class Action Settlement, and good cause appearing, it is **ORDERED** that the Stipulation is **GRANTED.** The above-captioned action is hereby stayed pending final approval of the proposed class action settlement. Defendant is hereby **ORDERED** to file a status report with the Court within three business days after the Los Angeles County Superior Court addresses whether to grant final approval to the settlement. <u>**For case administration purposes only, the Court directs the Clerk to close the case.**</u>

**IT IS SO ORDERED on this 31st day of May, 2024.**

*[signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE